IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera              Date: February 17, 2012
Court Reporter:    Tamara Hoffschildt        Interpreter: Ruth Warner

Criminal Action No. 11-cr-00386-RBJ-1

<u>*Parties*</u>:                                              <u>*Counsel*</u>:

USA,                                                  Lillian Alves

    Plaintiff,

v.

ALEJANDRO DE LA CRUZ-FLORES,          Edward Pluss

    Defendant.

### SENTENCING MINUTES

**10:01 a.m.      Court in session.**

Appearances of counsel.  Probation Officer Sue Heckman present.

Defendant is present in custody.

Defendant pled GUILTY to Count One of the Indictment on November 18, 2011.

Statement by the Government as to Request for Variance in Guideline Sentence Pursuant to 18 U.S.C. § 3553(a).

Statements by Mr. Pluss, defendant and the government as to sentencing.

**ORDERED:**  United States' Motion for 1-Level Variance in Defendant's Offense Level for Acceptance of Appellate Waiver Doc.# [18] is GRANTED.

**ORDERED:**  Motion for Leave to Late File Motion for Downward Variance Doc.# [22] is GRANTED.

**ORDERED:**  Request for Variance in Guideline Sentence Pursuant to 18 U.S.C. § 3553(a) is DENIED.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Defendant shall be **imprisoned** for a term of **EIGHT (8)** months.

Court RECOMMENDS that defendant receive credit for **154 days** spent in custody.

**ORDERED:**  No term of supervised release is imposed.

**ORDERED:**  Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**10:22 a.m.**    **Court in Recess.**

Hearing concluded.

Total Time: 00:21